IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRYL WAYNE PRUETT,

    Petitioner,

v.

JOHN A. DAMON and
THOMAS S. BILSKI,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-937-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Darryl Wayne Pruett without prejudice for petitioner's failure to obtain authorization as required by 28 U.S.C. § 2244(b)(3)(A).

/s/                                                9/10/2018
Peter Oppeneer, Clerk of Court                  Date